

# Fourth Court of Appeals
## San Antonio, Texas

June 13, 2019

No. 04-18-00917-CV

Ziaunnisa K. **LODHI**,
Appellant

v.

Shah A. **HAQUE**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI04290
Honorable Rosie Alvarado, Judge Presiding

## O R D E R

Appellant's reply brief, if any, was due on June 10, 2019. *See* TEX. R. APP. P. 38.6(c). Appellant has filed a motion for extension of time to file a reply brief. The motion is GRANTED. Appellant's reply brief, if any, is due on or before **July 3, 2019**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of June, 2019.

_____
Keith E. Hottle,
Clerk of Court